IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KAREN M. BALDWIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CAROYLN W. COLVIN, Acting Commissioner of the Social security Administration,<br><br>　　　　　　　Defendant. | ORDER ADOPTING<br>REPORT & RECOMMENDATION<br><br>Case No. 2:13-cv-737-DN-BCW<br><br>District Judge David Nuffer |

　　　　The Report and Recommendation[1] issued by United States Chief Magistrate Judge Brooke Wells on October 31, 2014 recommends that this case be dismissed for Plaintiff's failure to respond to the Court's Order to Show Cause,[2] where Plaintiff was given fifteen days from the issuance of the Order to inform the Court of the status of the case and any intentions to proceed.

　　　　Plaintiff filed her Objection[3] to the Report and Recommendation on November 14, 2014, the last day of the objection period. Plaintiff indicated, in her Objection, that she "is committed to prosecuting the matter to a conclusion, and . . . will redouble her efforts to do so."[4] Plaintiff also asserted that she "can and will prepare and circulate an appropriate discovery plan, with a reasonable timetable to have this matter resolved, or alternatively, prepared for trial."[5]

　　　　As of December 8, 2014, Plaintiff had not filed her discovery plan. A docket text order, issued December 8, 2014, took the Report and Recommendation under advisement, and specified

---

[1] Report and Recommendation, docket no. 14, filed October 31, 2014.

[2] Order to Show Cause, docket no. 13, filed October 10, 2014.

[3] Objection to Recommendation, docket no. 15, filed November 14, 2014.

[4] *Id.* at 1.

[5] *Id.*

that a ruling will be issued based on the status of the record on December 15, 2014.  As of the date of this Order, Plaintiff has still not filed her discovery plan, nor responded to the December 8, 2014 docket text order.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed.  The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation[6] is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

The Clerk shall close the case.

Dated December 17, 2014.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[6] Docket no. 14, filed October 31, 2014.